**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **KEDRICK LAMAR MURRAY,** )<br>      ) <br>   Plaintiff,    )<br>      )    **CIVIL ACTION NO.**<br>   v.    )       **2:23cv590-MHT**<br>      )           **(WO)**<br>**ELMORE COUNTY JAIL,** )<br>      )<br>   Defendant.    ) | |

**OPINION**

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit complaining of inhumane, unsafe living conditions in the Elmore County Jail. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of January, 2024.

                              /s/ Myron H. Thompson
                     **UNITED STATES DISTRICT JUDGE**